## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:10CR-86** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **FLOR MOLINA RAMIREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the defendant's Motion for Release With Conditions (#21).  The motion moves the court for an order releasing the defendant to a third-party who resides in Fremont, Nebraska.  After receiving the motion, the court directed Pretrial Services to investigate the proposed third-party and report to the court.  On May 5, 2010 Pretrial Services reported that the third-party, after thinking about the defendant living in her home, did not feel she had the necessary space.  Because defendant's proposed placement is no longer a viable alternative, the motion is denied.

**IT IS ORDERED** that defendant's Motion for Release With Conditions (#21) is denied without hearing.

Dated this 7th day of May 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge